1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RANDALL, individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNUM GROUP, a Delaware ) <br> corporation, and DOES 1-10, ) <br> inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) <br> UNUM GROUP, a Delaware ) <br> Corporation, ) <br> ) <br> Counter-Claimant, ) <br> v. ) <br> ) <br> MICHAEL RANDALL, an individual, ) <br> ) <br> Counter-Defendant. ) | Case No. CV 09-06768 R(Ex) <br><br> (Assigned to Honorable Manuel L. Real) <br><br> **PROTECTIVE ORDER DESIGNATING VIDEOTAPED DEPOSITIONS AS CONFIDENTIAL** <br><br> Complaint Filed: Sept. 17, 2009 <br><br> [Stipulation for Protective Order Designating Videotaped Depositions as Confidential filed concurrently herewith] |

[PROPOSED] PROTECTIVE ORDER DESIGNATING
VIDEOTAPED DEPOSITIONS AS CONFIDENTIAL
Case No. 09-06768 R(Ex)

Before the Court is the Stipulation for a Protective Order On Videotaped Depositions.

GOOD CAUSE APPEARING, it is hereby ORDERED that

1. Confidential treatment shall be afforded to the Confidential Videotaped Depositions in this Lawsuit. The Confidential Videotaped Depositions shall be stamped "Confidential, For Attorney's Eyes Only."

2. The Confidential Videotaped Depositions obtained in this Lawsuit shall be used solely for purposes of litigating the claims in the Lawsuit, and shall not be used for any business, personal, proprietary, or commercial purpose. Counsel for the Parties shall protect the Confidential Videotaped Depositions from disclosure to anyone save the persons designated in this paragraph. Absent written agreement the Parties or their counsel may not show or distribute the Confidential Videotaped Depositions to any person other than the following:

 (a) legal counsel of the Parties and the necessary paralegal, secretarial and clerical personnel employed by legal counsel, in addition to any experts or consultants retained by the Parties;

 (b) the Court in the Lawsuit, including any courtroom personnel, judge, referee, settlement judge, and paneled or selected jury at trial;

 (c) the Parties; and

 (d) the Deponents.

3. All Confidential Videotaped Depositions shall be maintained during the course of this Lawsuit only by counsel of record for the Parties. Plaintiff's videotaped deposition and all copies shall be returned to Plaintiff's counsel at the termination of this Lawsuit, and for all depositions videotaped by Plaintiff, all videotapes, and any and all copies shall be returned to Unum's counsel at the termination of the Lawsuit.

4. The Parties and their counsel shall notify counsel for the other Party the precise number of any copies to be made, not to exceed two additional copies of each videotaped deposition.  Unum represents that it has not made any copies of Plaintiff's videotaped depositions as of the execution of this stipulation.

5. In the event that the Parties or their counsel breach any provision of the Stipulation, the opposing party shall have, in addition to and without limiting any other remedy or right it may have at law or in equity, the right to a temporary and permanent injunction restraining any such breach, without any bond or security being required.  The opposing party shall be entitled to recover its reasonable attorneys fees and costs in the event it prevails in a proceeding to enforce any of the provisions of the Stipulation.  The Parties agree to submit to the jurisdiction of the United States District Court for the Central District of California with respect to any action to enforce this Stipulation.

6. Nothing herein shall be deemed to waive any applicable privilege or work product protection, or to affect the ability of a party to seek relief for an inadvertent disclosure of material protected by privilege or work product protection.

7. Plaintiff agrees that he will not videotape the deposition of Dr. Victoria Szatalowicz

**IT IS SO ORDERED.**

Dated:  March 19, 2010

Honorable Manuel L. Real
UNITED STATES DISTRICT COURT JUDGE