N0JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY 1 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RANDALL, individual,<br><br>Plaintiff,<br><br>v.<br><br>UNUM GROUP, a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants.<br><br>UNUM GROUP, a Delaware Corporation,<br><br>Counter-Claimant,<br>v.<br><br>MICHAEL RANDALL, an individual,<br><br>Counter-Defendant. | Case No. CV 09-06768 R(Ex)<br><br>(Assigned to Honorable Manuel L. Real)<br><br>[PROPOSED] JUDGMENT |

[PROPOSED] JUDGMENT
CASE NO. CV 09-06768 R(Ex)

1  Defendant Unum Group's Motion for Summary Judgment or, in the
2  alternative, Partial Summary Judgment, came on regularly for hearing on April 19,
3  2010, in Courtroom 8 of the United States District Court, Central District of
4  California, located at 312 North Spring Street, Los Angeles, CA 90012, the
5  Honorable Manuel Real presiding. J. Grant Kennedy appeared on behalf of
6  plaintiff, Michael Randall. Kenneth D. Sulzer and Laurie E. Barnes appeared on
7  behalf of Unum Group.
8  After considering the moving and opposing papers, the evidence submitted
9  by the parties, the evidentiary objections, the statement of uncontroverted facts and
10 conclusions of law, plaintiff's proposed genuine issues of material fact, arguments
11 of counsel, and all other matters presented to the Court, for good cause shown, and
12 the issues having been duly heard and a decision having been duly rendered,
13 **IT IS ORDERED AND ADJUDGED** that plaintiff Michael Randall take
14 nothing, that Michael Randall's action be dismissed with prejudice against
15 Defendant Unum Group on the merits, and that defendant Unum Group recover its
16 costs and attorney's fees as allowed by law and by previous Orders of this Court.

DATED: May 12, 2010

_____
THE HONORABLE MANUEL REAL
UNITED STATES DISTRICT COURT JUDGE

1

[PROPOSED] JUDGMENT
CASE NO. CV 09-06768 R(Ex)