1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RANDALL, individual,<br><br>        Plaintiff,<br><br>   v.<br><br>UNUM GROUP, a Delaware corporation, and DOES 1-10, inclusive,<br><br>        Defendant.<br><br>UNUM GROUP, a Delaware Corporation,<br><br>        Counter-Claimant,<br><br>   v.<br><br>MICHAEL RANDALL, an individual,<br><br>        Counter-Defendant. | Case No. CV 09-06768 R (Ex)<br><br>Honorable Manuel L. Real, Ctrm. 8<br><br>**ORDER GRANTING UNUM ITS ATTORNEY'S FEES INCURRED THROUGH JULY 1, 2009**<br><br>Complaint Filed: September 17, 2009 |

Before the Court is the motion of Unum Group to enforce the Court's August 20, 2009 Order for its attorneys fees incurred through July 1, 2009. Plaintiff neither filed an opposition nor made an appearance to oppose the present motion.

The Court grants Unum's request for attorney's fees in its entirety. Plaintiff filed his initial complaint on February 13, 2009. After nearly half a year of litigation, Plaintiff moved this Court to dismiss this initial case without prejudice. On August, 20, 2009, the Court granted Plaintiff's request for dismissal, but ordered, "If Defendant prevails in the later-filed case, Plaintiff is to pay Defendants' attorney's fees and costs reasonably incurred as of July 1, 2009." This was consistent with Plaintiff's offer made to Defendant.

The case was dismissed without prejudice. Plaintiff then re-filed the above entitled case on September 17, 2010. The parties subsequently litigated the matter and Unum filed a motion for summary judgment. On April 19, 2010, the Court granted Unum's motion for summary judgment, making Unum the prevailing party.

The Court also finds that the rates of Plaintiff's counsel, Seyfarth Shaw, are at or below the prevailing rate in the relevant legal market. And the fees charged by Seyfarth were reasonable considering the claims and complexity of the present case.

GOOD CAUSE APPEARING, it is hereby ORDERED that:

1. Plaintiff Michael Randall is to pay Unum a total of $114,376 in attorney's fees incurred through July 1, 2009

2. Interest shall start to accrue upon entry of Judgment at the rate specified in the Judgment.

1    IT IS SO ORDERED.

2

3    Dated: June 24, 2010                    _____
                                             The Honorable Manuel Real
4                                            United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28