1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RANDALL, individual,<br><br>  Plaintiff,<br><br>  v.<br><br>UNUM GROUP, a Delaware corporation, and DOES 1-10, inclusive,<br><br>  Defendant.<br><br>UNUM GROUP, a Delaware Corporation,<br><br>  Counter-Claimant,<br><br>  v.<br><br>MICHAEL RANDALL, an individual,<br><br>  Counter-Defendant. | Case No. CV 09-06768 R (Ex)<br><br>Honorable Manuel L. Real, Ctrm. 8<br><br>**ORDER GRANTING UNUM ITS ATTORNEY'S FEES INCURRED SINCE JULY 1, 2009**<br><br>Complaint Filed: September 17, 2009 |

[PROPOSED] ORDER GRANTING UNUM ITS
ATTORNEYS FEES SINCE JULY 1, 2009
Case No. CV 09-06768 R (Ex)

1  Before the Court is the motion of Unum Group for its attorneys fees incurred
2  since July 1, 2009.  Plaintiff neither filed an opposition nor made an appearance
3  with respect to this motion.
4  This Court grants Unum's request for $152,860.80 in its entirety.  Unum
5  presented substantial evidence showing that it incurred $38,215.20 in defending
6  itself against Plaintiff's wage claims for forfeited stock options, unpaid working
7  time and wage penalties.  Unum is owed these monies pursuant to California Labor
8  Code Section 218.5, as Plaintiff requested attorney's fees in his complaints and
9  Unum was granted summary judgment against Plaintiff's wage claims.
10 Plaintiff must additionally pay Unum $114,645.60 in attorney's fees
11 incurred with respect to his dropped discrimination claims for gender/sex, national
12 origin/ancestry, and race/color.  Plaintiff litigated this case for over one year and
13 failed to elicit any evidence that he was discriminated against.  The bad-faith basis
14 and groundless nature of these claims is further underlined by the fact that Plaintiff
15 dropped his claims for discrimination only *after* Unum expended significant sums
16 defending itself against these claims and drafting a motion for summary judgment.
17 The Court also finds that the rates of Plaintiff's counsel, Seyfarth Shaw, are
18 at or below the prevailing rate in the relevant legal market.  And the fees charged
19 by Seyfarth were reasonable considering the claims and complexity of the present
20 case.
21 GOOD CAUSE THEREBY APPEARING, it is hereby ORDERED that:
22 1.  Plaintiff Michael Randall is to pay Unum a total of $ 152,860 for
23 attorney's fees incurred by Unum since July 1, 2009.
24 2.  Interest shall start to accrue upon the entry of Judgment at the rate
25 specified in the Judgment.

1

1    IT IS SO ORDERED.

2

3  Dated: June 24, 2010

4  _____
   The Honorable Manuel Real
   United States District Judge