1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RANDALL, individual, | ) Case No. CV 09-06768 R(Ex) |
| Plaintiff, | ) (Assigned to Honorable Manuel L. Real) |
| v. | ) |
| | ) **JUDGMENT** |
| UNUM GROUP, a Delaware corporation, and DOES 1-10, inclusive, | ) |
| Defendants. | ) |
| UNUM GROUP, a Delaware Corporation, | ) |
| Counter-Claimant, | ) |
| v. | ) |
| MICHAEL RANDALL, an individual, | ) |
| Counter-Defendant. | ) |

[PROPOSED] JUDGMENT
CASE NO. CV 09-06768 R(Ex)

Subsequent to this Court's grant of summary judgment in favor of Defendant Unum Group on April 19, 2010, Defendant filed two motions requesting attorney's fees: 1) Defendant Unum Group's Motion To Enforce The Court's August 20, 2009 Order Granting Unum Its Attorney's Fees Through July 1, 2009, and 2) Defendant Unum Group's Motion For Attorney's Fees Incurred Since July 1, 2009. Both motions came on regularly for hearing on June 21, 2010, in Courtroom 8 of the United States District Court, Central District of California, located at 312 North Spring Street, Los Angeles, CA 90012, the Honorable Manuel Real presiding. Laurie E. Barnes appeared on behalf of Defendant.  There was no appearance on behalf of Plaintiff Michael Randall.  And Plaintiff did not file an opposition to either motion.

After considering the moving papers, the evidence submitted by Defendant Unum Group, and all other matters presented to the Court, for good cause shown, and the issues having been duly heard, the Court granted the motions for attorney's fees in their entirety, entitling Defendant to $267,236 in attorney's fees.

In addition, subsequent to the Court's grant of summary judgment on April 19, 2010, Defendant also filed its Bill of Costs, which has been fully approved by the Clerk of this Court in the amount of $10,319.36.

Summary judgment having already been granted by this Court, and attorney's fees and costs having already been granted to Defendant,

1  **IT IS ORDERED AND ADJUDGED** that plaintiff Michael Randall shall
2  pay Defendant Unum Group a sum total of $277,555.40.  Interest shall begin
3  accruing on this amount as of the date of entry of this judgment at the rate of
4  0.29% per annum.

7  DATED:  July 1, 2010

_____
THE HONORABLE MANUEL REAL
UNITED STATES DISTRICT COURT JUDGE